UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED TREE INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Docket No.: 1:19-cv-002523 <br> (related to 1:19-cv-002519) <br><br> **NOTICE OF DEFENDANTS' MOTION FOR ADDITIONAL STAY** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of José Ignacio Hernández González in Support of Defendants' Motion for Additional Stay, and the exhibits thereto, the accompanying Memorandum of Law in Support of Defendants' Motion for Additional Stay, and all proceedings and pleadings in this action, defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., by and through their undersigned counsel, will move this Court, the United States District Court for the Southern District of New York at the courthouse thereof, located at 40 Foley Square, New York, New York 10007, before the Honorable Alison J. Nathan, for a stay of all proceedings in the above-captioned action for an additional 120 days and for such other and further relief as the Court deems just and proper.

Pursuant to the briefing schedule set by this Court on September 13, 2019 (Dkt. No. 48), Plaintiff's opposition is due on October 10, 2019, and Defendants' reply is due on October 17, 2019.

Dated: September 26, 2019

        Respectfully submitted,

        <u>/s/ Dennis H. Tracey, III</u>
        Dennis H. Tracey, III
        Robin L. Muir
        Hogan Lovells US LLP
        390 Madison Avenue
        New York, New York 10017
        Tel: (212) 918-3000
        Fax: (212) 918-3100
        dennis.tracey@hoganlovells.com
        robin.muir@hoganlovells.com

*Counsel for Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A*