UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED TREE INVESTMENTS, LLC,

                          Plaintiff,

                 -against-                          Docket No. 1:19-cv-02523
                                                   (related to 1:19-cv-02519)

PETRÓLEOS DE VENEZUELA, S.A. and
PDVSA PETRÓLEO, S.A.,
                          Defendants.

## MOTION AND PROPOSED ORDER OF WITHDRAWAL
## BY QUINN EMANUEL URQUHART & SULLIVAN LLP AS COUNSEL OF RECORD
## TO RED TREE INVESTMENTS, LLC

PLEASE TAKE NOTICE that upon the below affirmation of Daniel Salinas-Serrano,

Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") hereby moves this Court for an

order relieving it from acting as counsel of record for Plaintiff Red Tree Investments, LLC ("Red

Tree"). Quinn Emanuel specifically requests that Daniel Salinas-Serrano, Stephen Andrew

Broome, and Victor Noskov, who have appeared on behalf of Red Tree in this matter, be

removed from the docket as counsel for Red Tree.

In support of such motion and in conformance with Local Rule 1.4, Daniel Salinas-

Serrano affirms the following:

1.      Red Tree consents to the withdrawal of Quinn Emanuel. MoloLamken LLP have

appeared as new counsel for Red Tree in this matter.

2.      The withdrawal of Quinn Emanuel will not affect any deadlines, cause any delay,

or otherwise prejudice Red Tree in any way.

3.      Quinn Emanuel is not seeking a retaining or charging lien.

Dated: September 18, 2020          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:   */s/ Daniel Salinas-Serrano*
                 Daniel Salinas-Serrano
                 Stephen Andrew Broome
                 Victor Noskov

                 51 Madison Avenue, 22nd Floor
                 New York, New York 10010
                 Tel:    (212) 849-7000
                 Fax:    (212) 849-7100
                 *Counsel for Red Tree Investments, LLC*

Entered this ___ day of September, 2020

SO ORDERED.

_____
Honorable Alison J. Nathan
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I caused a true and correct copy of Quinn

Emanuel Urquhart & Sullivan LLP's Motion to Withdraw as Counsel of Record to be served by

electronic means on Plaintiff Red Tree Investments, LLC and on counsel to all parties.


By:   _/s/ Daniel Salinas-Serrano_ _____
       Daniel Salinas-Serrano

       51 Madison Avenue, 22nd Floor
       New York, New York 10010
       Tel:    (212) 849-7000
       Fax:    (212) 849-7100
       *Counsel for Red Tree Investments, LLC*