UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RED TREE INVESTMENTS, LLC,

        Plaintiff,

-against-

PETRÓLEOS DE VENEZUELA, S.A. and
PDVSA PETRÓLEO, S.A.,

        Defendants.

Docket No.: 1:19-cv-02523
(related to 1:19-cv-02519)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained as counsel for defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. in the above-captioned action and requests that copies of all pleadings, notices, orders, and other filings be sent to the undersigned at the address indicated below.

I certify that I am admitted to practice in this Court and am a registered electronic case filing user.

New York, New York
March 11, 2021

HOGAN LOVELLS US LLP

By: /s/ Matthew A. Ducharme
Matthew A. Ducharme
390 Madison Avenue
New York, New York 10017
Tel: (212) 918-3000
Fax: (212) 918-3100
matthew.ducharme@hoganlovells.com

*Counsel for Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*