UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x
RED TREE INVESTMENTS, LLC,

                Plaintiff,

    -against-                                      19-cv-2519 (PKC)
                                                           19-cv-2523 (PKC)

PETRÓLEOS DE VENEZUELA, S.A. and          ORDER
PDVSA PETRÓLEO, S.A.,

                Defendants
-----------------------------------------x

CASTEL, U.S.D.J.

        Having considered the plaintiff's applications to modify the automatic stay of enforcement of judgments provided for in Rule 62(a), Fed. R. Civ. P., and defendants' response thereto, the Court denies plaintiff's applications. Based upon the representations set forth in defendants' letter of January 5, 2022, there would be no real-world prejudice to plaintiff from a brief 30-day stay.

        Applications DENIED. The Clerk is directed to terminate the motions (Doc 140, 19 cv 2519; Doc 141, 19-cv-02523).

        SO ORDERED.

Dated: New York, New York
       January 6, 2022

                                                                P. Kevin Castel
                                                       United States District Judge