## QUINN EMANUEL URQHART & SULLIVAN, LLP:
## SUMMARY OF BILLED TIME BY MONTH AND TIMEKEEPER

**A.     January 2019**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 114.5 | $1,000 | $114,500.00 | n/a |
| Stephen A. Broome | Partner | 35.4 | $1,000 | $35,400.00 | n/a |
| Daniel Hotlzman | Counsel | 1.3 | $930 | $1,209.00 | n/a |
| Viktor Noskov | Associate | 205.4 | $840 | $172,536.00 | n/a |
| Daniel Pulecio-Boek | Associate | 3.6 | $835 | $3,006.00 | n/a |
| Anna Deknatel | Associate | 158.5 | $790 | $125,215.00 | n/a |
| Caitlin Garvey | Paralegal | 1.4 | $320 | $448.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **520.1** | **-** | **$452,314.00** | **n/a** |

**B.**      **February 2019**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 82.5 | $1,000 | $82,500.00 | n/a |
| Stephen A. Broome | Partner | 11.2 | $1,000 | $11,200.00 | n/a |
| Viktor Noskov | Associate | 115.5 | $840 | $97,020.00 | n/a |
| Anna Deknatel | Associate | 28.5 | $790 | $22,515.00 | n/a |
| Patricia Smith | Managing Clerk | 4 | $365 | $1,460.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **241.7** | **-** | **$214,695.00** | **n/a** |

C.      **March 2019**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 78.7 | $1,000 | $78,700.00 | n/a |
| Stephen A. Broome | Partner | 10.2 | $1,000 | $10,200.00 | n/a |
| Viktor Noskov | Associate | 141.2 | $840 | $118,608.00 | n/a |
| Anna Deknatel | Associate | 27.6 | $790 | $21,804.00 | n/a |
| Patricia Smith | Managing Clerk | 1 | $365 | $365.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **258.7** | **-** | **$229,677.00** | **n/a** |

### D.    April 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 49 | $1,000 | $49,000.00 | n/a |
| Stephen A. Broome | Partner | 7 | $1,000 | $7,000.00 | n/a |
| Viktor Noskov | Associate | 106.6 | $840 | $89,544.00 | n/a |
| Anna Deknatel | Associate | 16.8 | $790 | $13,272.00 | n/a |
| Patricia Smith | Managing Clerk | 1.5 | $365 | $547.50 | n/a |
| Eric Passaglia | Paralegal | 1 | $320 | $320.00 | n/a |
| Edward Juhn | Paralegal | 5 | $320 | $1,600.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **186.9** | **-** | **$161,283.50** | **n/a** |

### E.     May 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 27 | $1,000 | $27,000.00 | n/a |
| Stephen A. Broome | Partner | 0.4 | $1,000 | $400.00 | n/a |
| Viktor Noskov | Associate | 10.8 | $840 | $9,072.00 | n/a |
| Anna Deknatel | Associate | 10.3 | $790 | $8,137.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **48.5** | **-** | **$44,609.00** | **n/a** |

F.      June 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 3 | $1,000 | $3,000.00 | n/a |
| Viktor Noskov | Associate | 2.3 | $840 | $1,932.00 | n/a |
| Anna Deknatel | Associate | 24.4 | $790 | $19,276.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **29.7** | **-** | **$24,208.00** | **n/a** |

G.    July 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 9.5 | $1,000 | $9,500.00 | n/a |
| Viktor Noskov | Associate | 3.2 | $840 | $2,688.00 | n/a |
| Anna Deknatel | Associate | 11.6 | $790 | $9,164.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **24.3** | **-** | **$21,352.00** | **n/a** |

H.    August 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 52 | $1,000 | $52,000.00 | n/a |
| Stephen A. Broome | Partner | 0.8 | $1,000 | $800.00 | n/a |
| Viktor Noskov | Associate | 29.7 | $840 | $24,948.00 | n/a |
| Anna Deknatel | Associate | 29.7 | $790 | $23,463.00 | n/a |
| Patricia Smith | Managing Clerk | 1.5 | $365 | $547.50 | n/a |
| Andrew Scott | Managing Clerk | 1.5 | $365 | $547.50 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **115.2** | **-** | **$102,306.00** | **n/a** |

I.      September 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 100 | $1,150 | $115,000.00 | n/a |
| Viktor Noskov | Associate | 8.3 | $875 | $7,262.50 | n/a |
| Anna Deknatel | Associate | 27 | $860 | $23,220.00 | n/a |
| Jordan Harap | Associate | 2.5 | $815 | $2,037.50 | n/a |
| Andrew Scott | Managing Clerk | 0.5 | $375 | $187.50 | n/a |
| Eric Passaglia | Paralegal | 1.5 | $330 | $495.00 | n/a |
| **Monthly Total (All Timekeepers)** | **-** | **139.8** | **-** | **$148,202.50** | **n/a** |

J.      October 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 24 | $1,150 | $27,600.00 | $24,840.00 |
| Stephen A. Broome | Partner | 4.9 | $1,050 | $5,145.00 | $4,630.50 |
| Viktor Noskov | Associate | 71.4 | $875 | $62,475.00 | $56,227.50 |
| Anna Deknatel | Associate | 42.3 | $860 | $36,378.00 | $32,740.20 |
| Andrew Scott | Managing Clerk | 0.5 | $375 | $187.50 | $168.75 |
| Eric Passaglia | Paralegal | 1.5 | $330 | $495.00 | $445.50 |
| **Monthly Total (All Timekeepers)** | **-** | **144.6** | **-** | **$132,280.50** | **$119,052.45** |

### K.        November 2019

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 17 | $1,150 | $19,550.00 | $17,595.00 |
| Viktor Noskov | Associate | 41.2 | $875 | $36,050.00 | $32,445.00 |
| Anna Deknatel | Associate | 17.7 | $860 | $15,222.00 | $13,699.80 |
| Andrew Scott | Managing Clerk | 0.5 | $375 | $187.50 | $168.75 |
| **Monthly Total (All Timekeepers)** | - | **76.4** | - | **$71,009.50** | **$63,908.55** |

**L.**     **December 2019**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 30 | $1,150 | $34,500.00 | $31,050.00 |
| Stephen A. Broome | Partner | 0.9 | $1,050 | $945.00 | $850.50 |
| Viktor Noskov | Associate | 39.7 | $875 | $34,737.50 | $31,263.75 |
| Anna Deknatel | Associate | 23.9 | $860 | $20,554.00 | $18,498.60 |
| **Monthly Total (All Timekeepers)** | **-** | **94.5** | **-** | **$90,736.50** | **$81,662.85** |

M.      **January 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 48.5 | $1,150 | $55,775.00 | $50,197.50 |
| Stephen A. Broome | Partner | 9 | $1,050 | $9,450.00 | $8,505.00 |
| Viktor Noskov | Associate | 61.5 | $875 | $53,812.50 | $48,431.25 |
| Anna Deknatel | Associate | 27.6 | $860 | $23,736.00 | $21,362.40 |
| Andrew Scott | Managing Clerk | 1.5 | $375 | $562.50 | $506.25 |
| Nicholas Ficorelli | Managing Clerk | 0.5 | $375 | $187.50 | $168.75 |
| Eric Passaglia | Paralegal | 1 | $330 | $330.00 | $297.00 |
| **Monthly Total (All Timekeepers)** | **-** | **149.6** | **-** | **$143,853.50** | **$129,468.15** |

## N.      February 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 60.5 | $1,150 | $69,575.00 | $62,617.50 |
| Stephen A. Broome | Partner | 28.1 | $1,050 | $29,505.00 | $26,554.50 |
| Viktor Noskov | Associate | 114.9 | $875 | $100,537.50 | $90,483.75 |
| Anna Deknatel | Associate | 83.6 | $860 | $71,896.00 | $64,706.40 |
| Eric Passaglia | Paralegal | 3 | $330 | $990.00 | $891.00 |
| James Bandes | Litigation Support | 0.8 | $250 | $200.00 | $180.00 |
| Kevin Silveira | Litigation Support | 1.6 | $175 | $280.00 | $252.00 |
| Jet Ma | Litigation Support | 6.4 | $175 | $1,120.00 | $1,008.00 |
| Simon Yanway | Litigation Support | 3.4 | $175 | $595.00 | $535.50 |
| James Zhang | Litigation Support | 0.8 | $175 | $140.00 | $126.00 |
| Loe Liao | Litigation Support | 4.3 | $175 | $752.50 | $677.25 |
| **Monthly Total (All Timekeepers)** | **-** | **307.4** | **-** | **$275,591.00** | **$248,031.90** |

**O.      March 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 12.5 | $1,150 | $14,375.00 | $12,937.50 |
| Viktor Noskov | Associate | 19.4 | $875 | $16,975.00 | $15,277.50 |
| Anna Deknatel | Associate | 8.6 | $860 | $7,396.00 | $6,656.40 |
| **Monthly Total (All Timekeepers)** | **-** | **40.5** | **-** | **$38,746.00** | **$34,871.40** |

P.     April 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 4 | $1,150 | $4,600.00 | $4,140.00 |
| Viktor Noskov | Associate | 0.4 | $875 | $350.00 | $315.00 |
| Anna Deknatel | Associate | 4 | $860 | $3,440.00 | $3,096.00 |
| **Monthly Total (All Timekeepers)** | **-** | **8.4** | **-** | **$8,390.00** | **$7,551.00** |

Q.    **May 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 22 | $1,150 | $25,300.00 | $22,770.00 |
| Viktor Noskov | Associate | 7 | $875 | $6,125.00 | $5,512.50 |
| Anna Deknatel | Associate | 13.4 | $860 | $11,524.00 | $10,371.60 |
| Andrew Scott | Managing Clerk | 0.5 | $375 | $187.50 | $168.75 |
| Eric Passaglia | Paralegal | 0.5 | $330 | $165.00 | $148.50 |
| **Monthly Total (All Timekeepers)** | **-** | **43.4** | **-** | **$43,301.50** | **$38,971.35** |

R.    June 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 8.5 | $1,150 | $9,775.00 | $8,797.50 |
| Viktor Noskov | Associate | 17.2 | $875 | $15,050.00 | $13,545.00 |
| Anna Deknatel | Associate | 8.8 | $860 | $7,568.00 | $6,811.20 |
| **Monthly Total (All Timekeepers)** | **-** | **34.5** | **-** | **$32,393.00** | **$29,153.70** |

S.      **July 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 10.5 | $1,150 | $12,075.00 | $10,867.50 |
| Anna Deknatel | Associate | 12.4 | $860 | $10,664.00 | $9,597.60 |
| **Monthly Total (All Timekeepers)** | **-** | **22.9** | **-** | **$22,739.00** | **$20,465.10** |

T.     **August 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Daniel Salinas | Partner | 4 | $1,150 | $4,600.00 | $4,140.00 |
| Viktor Noskov | Associate | 6.8 | $875 | $5,950.00 | $5,355.00 |
| Anna Deknatel | Associate | 29.4 | $860 | $25,284.00 | $22,755.60 |
| Nicholas Ficorelli | Managing Clerk | 0.5 | $375 | $187.50 | $168.75 |
| Eugenia Jones | Managing Clerk | 0.6 | $375 | $225.00 | $202.50 |
| **Monthly Total (All Timekeepers)** | - | **41.3** | - | **$36,246.50** | **$32,621.85** |

U.    **September 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Eric Passaglia | Paralegal | 0.5 | $355 | $177.50 | $159.75 |
| Jet Ma | Litigation Support | 1.2 | $175 | $210.00 | $189.00 |
| **Monthly Total (All Timekeepers)** | **-** | **1.7** | **-** | **$387.50** | **$348.75** |

V.      Grand Totals

| Timekeeper | Title | Total Hours Billed | Billing Rate | Price (including 10% discount where applicable) |
|---|---|---|---|---|
| Daniel Salinas | Partner | 757.7 | $1000 - $1150 | $781,152.50 |
| Stephen A. Broome | Partner | 107.9 | $1000 - $1050 | $105,540.50 |
| Viktor Noskov | Associate | 1002.5 | $840 - $875 | $822,466.75 |
| Anna Deknatel | Associate | 606.1 | $790 - $860 | $476,361.80 |
| Daniel Hotlzman | Counsel | 1.3 | $930 | $1,209.00 |
| Daniel Pulecio-Boek | Associate | 3.6 | $835 | $3,006.00 |
| Jordan Harap | Associate | 2.5 | $815 | $2,037.50 |
| Caitlin Garvey | Paralegal | 1.4 | $320 | $448.00 |
| Eric Passaglia | Paralegal | 9 | $320 - $355 | $2,756.75 |
| Edward Juhn | Paralegal | 5 | $320 | $1,600.00 |
| Patricia Smith | Managing Clerk | 8 | $365 | $2,920.00 |
| Andrew Scott | Managing Clerk | 5 | $365 - $375 | $1,747.50 |
| Eugenia Jones | Managing Clerk | 0.6 | $375 | $202.50 |
| Nicholas Ficorelli | Managing Clerk | 1 | $375 | $337.50 |
| James Bandes | Litigation Support | 0.8 | $250 | $180.00 |
| Kevin Sivleira | Litigation Support | 1.6 | $175 | $252.00 |
| Jet Ma | Litigation Support | 7.6 | $175 | $1,197.00 |
| Simon Yanway | Litigation Support | 3.4 | $175 | $535.50 |
| James Zhang | Litigation Support | 0.8 | $175 | $126.00 |

| Loe Liao | Litigation Support | 4.3 | $175 | $677.25 |
|---|---|---|---|---|
| **Grand Total (All Timekeepers)** | **-** | **2530.1** | **-** | **$2,204,754.05** |