## SUMMARY OF BILLED TIME BY MONTH AND TIMEKEEPER

**A.     August 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 1 | $1,400 | $1,400.00 | $1,260.00 |
| Justin M. Ellis | Partner | 2.2 | $925 | $2,035.00 | $1,831.50 |
| Elizabeth K. Clarke | Associate | 0.1 | $625 | $62.50 | $56.25 |
| Lauren F. Dayton | Associate | 3.5 | $625 | $2,187.50 | $1,968.75 |
| **Monthly Total (All Timekeepers)** | - | **6.8** | - | **$5,685.00** | **$5,116.50** |

B.   September 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 5.4 | $1,400 | $7,560.00 | $6,804.00 |
| Justin M. Ellis | Partner | 26.7 | $925 | $24,697.50 | $22,227.75 |
| Sara E. Margolis | Associate | 2.9 | $725 | $2,102.50 | $1,892.25 |
| Elizabeth K. Clarke | Associate | 74.3 | $625 | $46,437.50 | $41,793.75 |
| Lauren F. Dayton | Associate | 30.5 | $625 | $19,062.50 | $17,156.25 |
| Allison M. Gorsuch | Associate | 9.3 | $625 | $5,812.50 | $5,231.50 |
| Jennifer Moscoso | Discovery Counsel | 36.5 | $425 | $15,512.50 | $13,961.25 |
| Elizabeth M. Sawyer | Legal Assistant | 1.8 | $210 | $378.00 | $340.20 |
| Briana M. Woody | Legal Assistant | 3.5 | $210 | $735.00 | $661.50 |
| **Monthly Total (All Timekeepers)** | - | **190.9** | - | **$122,298.00** | **$110,068.20** |

D.     **October 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 4.8 | $1,400 | $6,720.00 | $6,048.00 |
| Justin M. Ellis | Partner | 10.4 | $925 | $9,620.00 | $8,658.00 |
| Elizabeth K. Clarke | Associate | 10.4 | $625 | $6,500.00 | $5,850.00 |
| Lauren F. Dayton | Associate | 9.6 | $625 | $6,000.00 | $5,400.00 |
| Elizabeth M. Sawyer | Legal Assistant | 1.5 | $210 | $315.00 | $283.50 |
| **Monthly Total (All Timekeepers)** | - | **36.7** | - | **$29,155.00** | **$26,239.50** |

E. November 2020

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 1.3 | $1,400 | $1,820.00 | $1,638.00 |
| Justin M. Ellis | Partner | 1.2 | $925 | $1,110.00 | $999.00 |
| James A. Barta | Associate | 0.3 | $725 | $217.50 | $195.75 |
| Elizabeth K. Clarke | Associate | 1.6 | $625 | $1,000.00 | $900.00 |
| Lauren F. Dayton | Associate | 0.6 | $625 | $375.00 | $337.50 |
| **Monthly Total (All Timekeepers)** | - | **5** | - | **$4,522.50** | **$4,070.25** |

F.   **December 2020**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 3.1 | $1,500 | $4,650.00 | $4,185.00 |
| Justin M. Ellis | Partner | 6.2 | $925 | $5,735.00 | $5,161.50 |
| Elizabeth K. Clarke | Associate | 12 | $650 | $7,800.00 | $7,020.00 |
| Lauren F. Dayton | Associate | 0.4 | $650 | $260.00 | $234.00 |
| **Monthly Total (All Timekeepers)** | - | **21.7** | - | **$18,445.00** | **$16,600.50** |

G.  **January 2021**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 6.7 | $1,500 | $10,050.00 | $9,045.00 |
| Justin M. Ellis | Partner | 9.6 | $925 | $8,880.00 | $7,992.00 |
| Elizabeth K. Clarke | Associate | 5.8 | $650 | $3,770.00 | $3,393.00 |
| Lauren F. Dayton | Associate | 4 | $650 | $2,600.00 | $2,340.00 |
| Jennifer E. Fischell | Associate | 8.9 | $650 | $5,785.00 | $5,206.50 |
| Elizabeth M. Sawyer | Legal Assistant | 1.5 | $220 | $330.00 | $297.00 |
| **Monthly Total (All Timekeepers)** | - | **36.5** | - | **$31,415.00** | **$28,273.50** |

H.     February 2021

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 2.2 | $1,500 | $3,300.00 | $2,970.00 |
| Justin M. Ellis | Partner | 0.3 | $925 | $277.50 | $249.75 |
| Elizabeth K. Clarke | Associate | 0.5 | $650 | $325.00 | $292.50 |
| **Monthly Total (All Timekeepers)** | - | **3** | - | **$3,902.50** | **$3,512.25** |

I. **March 2021**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 3.1 | $1,500 | $4,650.00 | $4,185.00 |
| Justin M. Ellis | Partner | 6.7 | $925 | $6,197.50 | $5,577.75 |
| Elizabeth K. Clarke | Associate | 7.3 | $650 | $4,745.00 | $4,270.50 |
| Lauren F. Dayton | Associate | 6.3 | $650 | $4,095.00 | $3,685.50 |
| C. Ellis Champion | Legal Assistant | 1 | $220 | $220.00 | $198.00 |
| **Monthly Total (All Timekeepers)** | - | **24.4** | - | **$19,907.50** | **$17,916.75** |

**J.     April 2021**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 1.8 | $1,500 | $2,700.00 | $2,430.00 |
| Justin M. Ellis | Partner | 4.3 | $925 | $3,977.50 | $3,579.75 |
| Elizabeth K. Clarke | Associate | 5.2 | $650 | $3,380.00 | $3,042.00 |
| Lauren F. Dayton | Associate | 1.1 | $650 | $715.00 | $643.50 |
| Jennifer E. Fischell | Associate | 0.2 | $650 | $130.00 | $117.00 |
| Thomas McCarthy | Legal Assistant | 2.2 | $220 | $484.00 | $435.60 |
| **Monthly Total (All Timekeepers)** | - | **14.8** | - | **$11,386.50** | **$10,247.85** |

K.     May 2021

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 23.1 | $1,500 | $34,650.00 | $31,185.00 |
| Justin M. Ellis | Partner | 40.5 | $925 | $37,462.50 | $33,716.25 |
| Elizabeth K. Clarke | Associate | 7.3 | $650 | $4,745.00 | $4,270.50 |
| Lauren F. Dayton | Associate | 15.3 | $650 | $9,945.00 | $8,950.50 |
| Mark W. Kelley | Associate | 60.1 | $650 | $39,065.00 | $35,158.50 |
| Kenneth Notter | Associate | 1.7 | $650 | $1,105.00 | $994.50 |
| Gajan X. Sivakumaran | Associate | 1.9 | $750 | $1,425.00 | $1,282.50 |
| Thomas McCarthy | Legal Assistant | 11.2 | $220 | $2,464.00 | $2,217.60 |
| **Monthly Total (All Timekeepers)** | - | **161.1** | - | **$130,861.50** | **$117,775.35** |

**L.    June 2021**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 4.1 | $1,500 | $6,150.00 | $5,535.00 |
| Justin M. Ellis | Partner | 50.1 | $925 | $46,342.50 | $41,708.25 |
| Elizabeth K. Clarke | Associate | 77.5 | $650 | $50,375.00 | $45,337.50 |
| Lauren F. Dayton | Associate | 49.8 | $650 | $32,370.00 | $29,133.00 |
| Leonid Grinberg | Associate | 1 | $650 | $650.00 | $585.00 |
| Mark W. Kelley | Associate | 30.8 | $650 | $20,020.00 | $18,018.00 |
| Jennifer Moscoso | Discovery Counsel | 3 | $475 | $1,425.00 | $1,282.50 |
| Aidan Antonienko | Legal Assistant | 2.7 | $220 | $594.00 | $534.60 |
| Thomas McCarthy | Legal Assistant | 1 | $220 | $220.00 | $198.00 |
| Briana M. Woody | Legal Assistant | 3.5 | $220 | $770.00 | $693.00 |
| **Monthly Total (All Timekeepers)** | - | **223.5** | - | **$158,916.50** | **$143,024.85** |

**M.     July 2021**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 1.7 | $1,500 | $2,550.00 | $2,295.00 |
| Justin M. Ellis | Partner | 27.2 | $925 | $25,160.00 | $22,644.00 |
| Elizabeth K. Clarke | Associate | 21.9 | $650 | $14,235.00 | $12,811.50 |
| Lauren F. Dayton | Associate | 3.2 | $650 | $2,080.00 | $1,872.00 |
| Allison M. Gorsuch | Associate | 0.2 | $750 | $150.00 | $135.00 |
| Mark W. Kelley | Associate | 26.1 | $650 | $16,965.00 | $15,268.50 |
| Jennifer Moscoso | Discovery Counsel | 0.9 | $475 | $427.50 | $384.75 |
| Rebecca F. Andrews | Legal Assistant | 0.9 | $220 | $198.00 | $178.20 |
| Thomas McCarthy | Legal Assistant | 2.3 | $220 | $506.00 | $455.40 |
| **Monthly Total (All Timekeepers)** | - | **84.4** | - | **$62,271.50** | **$56,044.35** |

N.     **August 2021**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 4.8 | $1,500 | $7,200.00 | $6,480.00 |
| Justin M. Ellis | Partner | 41.1 | $925 | $38,017.50 | $34,215.75 |
| Eric A. Posner | Counsel | 2.5 | $850 | $2,125.00 | $1,912.50 |
| Elizabeth K. Clarke | Associate | 8.8 | $650 | $5,720.00 | $5,148.00 |
| Lauren F. Dayton | Associate | 63.7 | $650 | $41,405.00 | $37,264.50 |
| Mark W. Kelley | Associate | 96.9 | $650 | $62,985.00 | $56,686.50 |
| Benjamin M. Woodring | Associate | 25.5 | $650 | $16,575.00 | $14,917.50 |
| Ricardo A. Ceballos | Contract Attorney | 10.4 | $375 | $3,900.00 | $3,510.00 |
| Aidan Antonienko | Legal Assistant | 1 | $220 | $220.00 | $198.00 |
| Hannah Lee | Legal Assistant | 1.5 | $220 | $330.00 | $297.00 |
| Thomas McCarthy | Legal Assistant | 7 | $220 | $1,540.00 | $1,386.00 |
| **Monthly Total (All Timekeepers)** | - | **263.2** | - | **$180,017.50** | **$162,015.75** |

P.   September 2021

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Justin M. Ellis | Partner | 0.8 | $925 | $740.00 | $666.00 |
| Elizabeth K. Clarke | Associate | 1 | $650 | $650.00 | $585.00 |
| Mark W. Kelley | Associate | 8.3 | $650 | $5,395.00 | $4,855.50 |
| **Monthly Total (All Timekeepers)** | - | **10.1** | - | **$6,785.00** | **$6,106.50** |

**Q.** **October 2021**

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Justin M. Ellis | Partner | 10.3 | $925 | $9,527.50 | $8,574.75 |
| Elizabeth K. Clarke | Associate | 17.6 | $650 | $11,440.00 | $10,296 |
| Mark W. Kelley | Associate | 0.5 | $750 | $375.00 | $337.50 |
| Gajan X. Sivakumaran | Associate | 5.6 | $750 | $4,200.00 | $3,780 |
| Pamela I. Yaacoub | Associate | 32.5 | $650 | $21,125.00 | $19,012.50 |
| **Monthly Total (All Timekeepers)** | - | **66.5** | - | **$46,667.50** | **$42,000.75** |

R.    November 2021

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Justin M. Ellis | Partner | 4.8 | $925 | $4,440.00 | $3,996.00 |
| Elizabeth K. Clarke | Associate | 18.1 | $650 | $11,765.00 | $10,588.50 |
| Mark W. Kelley | Associate | 0.4 | $750 | $300.00 | $270.00 |
| Sarah J. Newman | Associate | 0.2 | $750 | $150.00 | $135.00 |
| Kenneth Notter | Associate | 0.4 | $650 | $260.00 | $234.00 |
| Pamela I. Yaacoub | Associate | 2.5 | $650 | $1,625.00 | $1,462.50 |
| John P. Connor | Legal Assistant | 0.5 | $220 | $110.00 | $99.00 |
| **Monthly Total (All Timekeepers)** | - | **26.9** | - | **$18,650.00** | **$16,785.00** |

### S.     December 2021

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 13.2 | $1,600 | $21,120.00 | $19,008.00 |
| Justin M. Ellis | Partner | 24.7 | $1,000 | $24,700.00 | $22,230.00 |
| Joshua D. Bloom | Associate | 0.3 | $825 | $247.50.00 | $222.75 |
| Elizabeth K. Clarke | Associate | 22 | $725 | $15,950.00 | $14,355.00 |
| Alexandra C. Eynon | Associate | 0.4 | $725 | $290.00 | $261.00 |
| Leonid Grinberg | Associate | 0.3 | $725 | $217.50 | $195.75 |
| Mark W. Kelley | Associate | 20.6 | $825 | $16,995.00 | $15,295.50 |
| Sarah J. Newman | Associate | 0.2 | $825 | $165.00 | $148.50 |
| Kenneth Notter | Associate | 0.3 | $725 | $217.50 | $195.75 |
| Pamela I. Yaacoub | Associate | 2.3 | $725 | $1,667.50 | $1,500.75 |
| Aidan Antonienko | Legal Assistant | 5.7 | $245 | $1,396.50 | $1,256.85 |
| John P. Connor | Legal Assistant | 1 | $245 | $245.00 | $220.50 |
| Joseph M. Fraser | Legal Assistant | 1.5 | $245 | $367.50 | $330.75 |
| **Monthly Total (All Timekeepers)** | - | **92.5** | - | **$83,579.00** | **$75,221.10** |

17

T.  Total Billed

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Steven F. Molo | Partner | 76.3 | $1,400 - $1,600 | $114,520.00 | $103,068 |
| Justin M. Ellis | Partner | 267.1 | $925 - $1,000 | $248,920.00 | $224,028 |
| Sara E. Margolis | Associate | 2.9 | $725 | $2,102.50 | $1,892.25 |
| Eric A. Posner | Counsel | 2.5 | $850 | $2,125.00 | $1,912.50 |
| James A. Barta | Associate | 0.3 | $725 - $750 | $217.50 | $195.75 |
| Joshua D. Bloom | Associate | 0.3 | $825 | $247.50 | $222.75 |
| Elizabeth K. Clarke | Associate | 291.4 | $625 - $725 | $188,900.00 | $170,010.00 |
| Lauren F. Dayton | Associate | 188 | $625 - $650 | $121,095.00 | $108,985.50 |
| Alexandra C. Eynon | Associate | 0.4 | $725 | $290.00 | $261.00 |
| Jennifer E. Fischell | Associate | 9.1 | $650 | $5,915.00 | $5,323.50 |
| Allison M. Gorsuch | Associate | 9.5 | $625 - $750 | $5,962.50 | $5,366.25 |
| Leonid Grinberg | Associate | 1.3 | $650 - $725 | $867.50 | $780.75 |
| Mark W. Kelley | Associate | 243.7 | $650 - $825 | $162,100.00 | $145,890.00 |
| Sarah J. Newman | Associate | 0.4 | $750 - $825 | $315.00 | $283.50 |
| Kenneth Notter | Associate | 2.4 | $650 - $725 | $1,582.50 | $1,424.25 |
| Gajan X. Sivakumaran | Associate | 7.5 | $750 | $5,625.00 | $5,062.50 |
| Benjamin M. Woodring | Associate | 25.5 | $650 | $16,575.00 | $14,917.50 |
| Pamela I. Yaacoub | Associate | 37.3 | $650 - $725 | $24,417.50 | $21,975.75 |
| Jennifer Moscoso | Discovery Counsel | 40.4 | $425 - $475 | $17,365.00 | $15,628.50 |
| Ricardo A. Ceballos | Contract Attorney | 10.4 | $375 | $3,900.00 | $3,510.00 |

18

| Timekeeper | Title | Total Hours Billed | Billing Rate (per hour) | Statement Price | Statement Price with 10% Discount |
|---|---|---|---|---|---|
| Rebecca F. Andrews | Legal Assistant | 0.9 | $220 | $198.00 | $178.20 |
| Aidan Antonienko | Legal Assistant | 9.4 | $220 - $245 | $2,210.50 | $1,989.45 |
| C. Ellis Champion | Legal Assistant | 1 | $220 | $220.00 | $198.00 |
| John P. Connor | Legal Assistant | 1.5 | $220 - $245 | $355.00 | $319.50 |
| Joseph M. Fraser | Legal Assistant | 1.5 | $245 | $367.50 | $330.75 |
| Hannah Lee | Legal Assistant | 1.5 | $220 | $330.00 | $297.00 |
| Thomas McCarthy | Legal Assistant | 23.7 | $220 | $5,214.00 | $4,692.60 |
| Elizabeth M. Sawyer | Legal Assistant | 4.8 | $210 - $220 | $1,023.00 | $920.70 |
| Briana M. Woody | Legal Assistant | 7 | $210 - $220 | $1,505.00 | $1,354.50 |
| **Grand Total (All Timekeepers)** | - | **1,268** | - | **$934,465.50** | **$841,018.95** |