**GANFER SHORE LEEDS & ZAUDERER LLP:
SUMMARY OF BILLED TIME BY MONTH AND TIMEKEEPER**

A.    **January 2019**

| Timekeeper | Role | Billing Rate | Hours | Statement Price |
|---|---|---|---|---|
| Mark C. Zauderer | Partner | $895.00 | 14.10 | $12,619.50 |
| Jason T. Cohen | Counsel | $740.00 | 37.20 | $27,528.00 |
| **Monthly Total (All Timekeepers)** | - | - | **51.30** | **$40,147.50** |

B.    **February 2019**

| Timekeeper | Role | Billing Rate | Hours | Statement Price |
|---|---|---|---|---|
| Mark C. Zauderer | Partner | $895.00 | 6.9 | $6,175.50 |
| Jason T. Cohen | Counsel | $740.00 | 14.1 | $10,434.00 |
| **Monthly Total (All Timekeepers)** | - | - | **21.00** | **$16,609.50** |

C.    **March 2019**

| Timekeeper | Role | Billing Rate | Hours | Statement Price |
|---|---|---|---|---|
| Mark C. Zauderer | Partner | $895.00 | 5 | $4,475.00 |
| Jason T. Cohen | Counsel | $740.00 | 13.3 | $9,842.00 |
| **Monthly Total (All Timekeepers)** | - | - | **18.30** | **$14,317.00** |

D.     **Grand Total**

| Timekeeper | Role | Billing Rate | Hours | Statement Price |
|---|---|---|---|---|
| Mark C. Zauderer | Partner | $895.00 | 26 | $23,270.00 |
| Jason T. Cohen | Counsel | $740.00 | 64.6 | $47,804.00 |
| **Grand Total (All Timekeepers)** | - | - | **90.6** | **$71,074.00** |