# PETER HARRELL:
## SUMMARY OF BILLED TIME BY MONTH AND TIMEKEEPER

| Month | Timekeeper | Billing Rate | Hours | Statement Price |
|---|---|---|---|---|
| September 2018 | Peter Harrell | $800.00 | 2.3 | $1,840.00 |
| December 2018 | Peter Harrell | $800.00 | 2.1 | $1,680.00 |
| January 2019 | Peter Harrell | $1,000.00 | 1.2 | $1,200.00 |
| February 2019 | Peter Harrell | $1,000.00 | 20 | $20,000.00 |
| March 2019 | Peter Harrell | $1,000.00 | 8.1 | $8,100.00 |
| May 2019 | Peter Harrell | $1,000.00 | 1.1 | $1,100.00 |
| June 2019 | Peter Harrell | $1,000.00 | 0.1 | $100.00 |
| August 2019 | Peter Harrell | $1,000.00 | 0.8 | $800.00 |
| December 2019 | Peter Harrell | $1,000.00 | 0.5 | $500.00 |
| January 2020 | Peter Harrell | $1,000.00 | 0.1 | $100.00 |
| February 2020 | Peter Harrell | $1,000.00 | 20.7 | $20,700.00 |
| March 2020 | Peter Harrell | $1,000.00 | 4.6 | $4,600.00 |
| April 2020 | Peter Harrell | $1,000.00 | 0.4 | $400.00 |
| **Grand Total** | – | – | **62** | **$61,120.00** |