**TOTAL FEES AND EXPENSES – ALL FIRMS**

| Firm | Total Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | 2,530.1 | $2,204,754.05 | $38,952.66 |
| MoloLamken LLP | 1,268 | $841,018.95 | $16,693.26 |
| Ganfer Shore Leeds & Zauderer LLP | 90.6 | $71,074.00 | $9.50 |
| Peter Harrell | 62 | $61,120.00 | - |
| **Grand Total (All Firms)** | **3,950.7** | **$3,177,967.00** | **$55,655.42** |