# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RED TREE INVESTMENTS, LLC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

PETRÓLEOS DE VENEZUELA, S.A. and

PDVSA PETRÓLEO, S.A.,

(List the full name(s) of the defendant(s)/respondent(s).)

__19___CV____02523_ (   PKC   )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  [x] judgment  [ ] order  entered on: January 6, 2022

(date that judgment or order was entered on docket)

that:                    (and all interlocutory orders merged into that judgment)

(If the appeal is from an order, provide a brief description above of the decision in the order.)

February 2, 2022

**Dated**

**Signature***

Tracey, Dennis H., Hogan Lovells US LLP

**Name (Last, First, MI)**

390 Madison Avenue, New York, New York 10017

**Address**       **City**       **State**       **Zip Code**

212.918.3000                 dennis.tracey@hoganlovells.com

**Telephone Number**           **E-mail Address (if available)**

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13