# EXHIBIT A

**TOTAL FEES AND EXPENSES – ALL FIRMS**

| Firm | Total Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Quinn Emanuel Urqhart & Sullivan, LLP | 2,528.6 | $2,204,259.05 | $38,952.66 |
| MoloLamken LLP | 1,266.2 | $839,593.95 | $16,693.26 |
| Ganfer Shore Leeds & Zauderer LLP | 90.6 | $71,074.00 | $9.50 |
| Peter Harrell | 60 | $59,120.00 | - |
| Norton Rose Fulbright LLP | 69.45 | $49,953.25 | $522.00 |
| **Grand Total (All Firms)** | **4,014.85** | **$3,224,000.25** | **$56,177.42** |