UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED TREE INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | Case No. 19 Civ. 2519; <br> Case No. 19 Civ. 2523 <br><br> Hon. P. Kevin Castel |

## [PROPOSED] JUDGMENT

For the reasons stated in the November 29, 2022 Report and Recommendation of Magistrate Judge Netburn, adopted as the Order of this Court on February 23, 2023 (Dkt. 186/187):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Red Tree Investments, LLC, and against Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., jointly and severally, in the following amounts:

| | |
|---|---|
| Attorneys' Fees | $2,390,387.94 |
| Expenses | $55,655.42 |
| **Total** | **$2,446,043.36** |

It is FURTHER ORDERED, ADJUDGED, AND DECREED that, effective the date of this order, post-judgment interest will accrue at the rate specified in 28 U.S.C. § 1961.

Dated: 3-9-23
New York, New York

Hon. P. Kevin Castel
United States District Judge